

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00198-CV

| | | |
|---|---|---|
| Strategic Partners Acquisition Corp. f/k/a PG-ACP Acquisition Corp. | § | From the 17th District Court |
| | § | of Tarrant County (017-283538-16) |
| v. | § | August 2, 2018 |
| Ball Up, LLC | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying SPAC's special appearance is reversed; that SPAC is dismissed from the suit filed by Ball Up, LLC; and that the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Ball Up, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
      Justice Sue Walker